Case 1:16-cr-00123-TWP-MJD   Document 987   Filed 02/06/24   Page 1 of 1 PageID #: 7210

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America )
v. )
Yesenia Andrade-Guillen )  Case No.: 1:16CR00123-012
) USM No.: 67490-048
Date of Original Judgment: 03/20/2018 )
Date of Previous Amended Judgment: _____ )  Jacob Leon
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 135 months **months is reduced to** 120 months*.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

**\*120 months (105 months on Count 1; and 15 months on Count 4, consecutive to Count 1, for a total of 120 months**)

Except as otherwise provided, all provisions of the judgment dated 03/20/2018 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/06/2024

*Judge's signature*

Effective Date: _____    Honorable Tanya Walton Pratt, U.S. District Court Chief Judge
*(if different from order date)*   *Printed name and title*

A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana
By _____ Deputy Clerk